1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

ETUATE SEKONA,

1:17-cv-00210-MJS  (PC)

12

Plaintiff,

13

v.

ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA

14

JOE A. LIZARRAGA,  et al.,

15

Defendant.

16
17

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18
19

to 42 U.S.C.  § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20
21

In his complaint, plaintiff alleges violations of his civil rights by defendants.  The

22
23

alleged violations took place in Amador County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the

24

complaint should have been filed in the Sacramento Division.

25

Pursuant to Local Rule 120(f), a civil action which has not been commenced in

26

the proper court may, on the court's own motion, be transferred to the proper court.

27

Therefore, this action will be transferred to the Sacramento Division. This court will not

28

rule on plaintiff's request to proceed in forma pauperis.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1.   This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2.   All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3.   This court has not ruled on plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   February 16, 2017          /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE